IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUENTIN WASHINGTON and CURTIS R. WILSON, III,<br><br>Plaintiffs,<br><br>v.<br><br>POLICE OFFICER BRIAN SCHAFFER, CITY OF VANCOUVER, WESTFIELD CORPORATION, INC. dba WESTFIELD aka VANCOUVER MALL, and PROFESSIONAL SECURITY CONSULTANTS, INC.,<br><br>Defendants. | Case No. C05-5372RJB<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Respond to Motions for Summary Judgment (Dkt. 42). The Court conducted a conference call with counsel for the plaintiffs and counsel for defendants Officer Schaffer and the City of Vancouver on August 29, 2006, at 1:00 p.m. Counsel for Westfield Corporation, Inc. and Professional Security Consultants, Inc. declined the Court's invitation to participate. The Court has considered the pleadings filed in support of and in opposition to the motion and the file herein. It is hereby

**ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Motions for Summary Judgment (Dkt. 42) is **GRANTED**. The Clerk is instructed to re-note the defendants' Motions for Summary Judgment (Dkt. 37, 38) for September 6, 2006. The response is due August 31, 2006. The reply, if any, is due September 5, 2006. The plaintiffs' Second Amended Complaint (Dkt. 18) shall remain electronically filed but will not be considered by the Court and will not supercede the Amended Complaint

1  (Dkt. 8). The plaintiffs are free to make an appropriate motion to amend the complaint in compliance with
2  local and federal rules if they wish to proceed on the Second Amended Complaint. The September 7, 2006,
3  settlement conference deadline (Dkt. 19) is hereby eliminated, and counsel shall hold a settlement
4  conference as soon after the Court's order on the pending motions for summary judgment as practicable. As
5  to the City of Vancouver, the plaintiffs have voluntarily withdrawn their first (42 U.S.C. § 1983), fourth
6  (racial profiling under RCW 43.101.410), and fifth (conspiracy under 42 U.S.C. § 1983) claims, and these
7  claims are **DISMISSED**.

8  The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record
9  and to any party appearing *pro se* at said party's last known address.

10  DATED this 29th day of August, 2006.

        Robert J. Bryan
        United States District Judge