THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUENTIN WASHINGTON and CURTIS R. WILSON, III, | Case No. CO 5 5372 RJB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT VANCOUVER POLICE OFFICER BRIAN SCHAFFER |
| POLICE OFFICER BRIAN SCHAFFER, THE CITY OF VANCOUVER, WESTFIELD SHOPPING TOWN, and PROFESSIONAL SECURITY CONSULTANTS, LLC, | |
| Defendants. | |

This matter comes before the court on plaintiffs', Mr. Quentin Washington's and Mr. Curtis Wilson, III's, and defendant's, Vancouver Police Officer Brian Schaffer's, Stipulated Motion for Dismissal of Vancouver Police Officer Brian Schaffer (Dkt 69 ). The plaintiffs inform the court that they have fully resolved their claims against Officer Schaffer. They seek dismissal with prejudice and without an award of costs or fees to either party under Federal Rule 41(a)(2). All other named defendants in plaintiffs' suit have already been dismissed by order of the Court (Dkt. 64 and 68).

**ORDERED** that plaintiffs' and Officer Schaffer's Stipulated Motion for Dismissal of Defendant Vancouver Police Officer Brian Schaffer (Dkt. 69 ) is **GRANTED**.  Defendant

Vancouver Police Officer Brian Schaffer is **DISMISSED WITH PREJUDICE AND WITHOUT AN AWARD OF COSTS OR FEES TO EITHER PARTY.**

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 17th day of October, 2006 .

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

Presented by:

*/s/ Charles A. Isely*

_____
Charles A. Isely, WSBA#34130
Assistant City Attorney
Attorney for Defendant Schaffer
City of Vancouver
210 East 13th Street
PO Box 1995
Vancouver, WA 98668-1995
Telephone: 360.696.8251
Facsimile: 360.696.8250
Email: charles.isely@ci.vancouver.wa.us

*/s/ Cedric R. Brown*

_____
Cedric R. Brown, WSBA#36205
Attorney for Plaintiffs
720 NE Flanders St., Suite 204
Portland, OR  97232
Telephone: 503.231.4669
Facsimile: 503.231.4659
Email: cedricrbrown@earthlink.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Alison J. Chinn, Esq.

 Cedric R. Brown, Esq.

 Jeffrey M. Edelson, Esq.

 Charles Isely, Esq.

                */s/ Kareen Turner*

                Kareen Turner
                Paralegal
                Vancouver City Attorney's Office
                P. O. Box 1995
                210 East 13th Street
                Vancouver, WA  98668-1995
                Telephone:  (360) 696-8251
                Facsimile:   (360) 696-8250
                Email:  kareen.turner@ci.vancouver.wa.us